ANNA E. BLACKMER, Respondent, *v.* ARTHUR HOLMES et al.,
Appellants.

(Argued December 10, 1884 ; decided January 20, 1885.)

*13 wk Dig 424 affirmed*

*A. P. Smith* for appellants.

*Lewis Bouton* for respondent.

Agree to affirm ; no opinion.
All concur, except ANDREWS, J., not voting.
Judgment affirmed.

---

JAY BALL, Appellant, *v.* EDWIN P. SLAFTEN, Respondent.

*20 wk Dig 490*

An assignee for the benefit of creditors may attack a chattel mortgage
executed by his assignor as fraudulent and void as to creditors.

(Argued December 11, 1884 ; decided January 20, 1885.)

THIS was an action for the alleged wrongful conversion of
personal property.

Defendant claimed title under an assignment for the benefit
of creditors.    Plaintiff claimed title under a chattel mortgage
executed by defendant's assignor.    The court say :

" We think that upon the undisputed facts in this case the
mortgage was, as a matter of law, fraudulent and void as to
creditors, and that the assignee could upon that ground assail
it."

*M. M. Waters* for appellant.

*R. H. Duell* for respondent.

*Per curiam* mem. for affirmance.
All concur.
Judgment affirmed.